UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Vicki Lee Baker, Civil No. 01-CV-130 ADM/AJB

Plaintiff,

vs. **ORDER**

HealthSystem Minnesota and
Life Insurance Company of North America

Defendants

This matter came on before the court by stipulation of counsel. The court hereby orders:

1. That Defendant HealthSystem Minnesota will have 15 additional days to respond to the complaint.

2. Defendant HealthSystem Minnesota's response to the complaint will be due on or before February 28, 2001.

Dated: 2/15/01

~~Honorable Ann D. Montgomery~~ Arthur J. Boylan
Magistrate Judge United States District Court ~~Judge~~

/863218

FEB 16 2001