UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Vicki Lee Baker,

Plaintiff

vs.

HealthSystem Minnesota and
Life Insurance Company of North America,

Defendants.

Civil No. 01-CV-130 (ADM/AJB)

**ORDER**

This matter came on before the Court by stipulation of counsel. The Court hereby orders:

1. That Defendants HealthSystem Minnesota and Life Insurance Company of North America will have an additional 16 days to respond to the Complaint.

2. Defendants' response to the Complaint will be due on or before March 16, 2001.

Dated: February 28th, 2001

BY THE COURT:

Arthur J. Boylan
Magistrate Judge/United States District Court

HC26DS2/ 4690/ 2665921.v1 2/26/2001

FILED FEB 28 2001
FRANCIS E. DOSAL, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Vicki Lee Baker,

Plaintiff

vs.

HealthSystem Minnesota and
Life Insurance Company of North America,

Defendants.

Civil No. 01-CV-130 (ADM/AJB)

**STIPULATION**

Counsel for the Plaintiff and counsel for Defendants stipulate and agree that Defendants may have an additional time until March 16, 2001, to answer, plead, or otherwise respond beyond the present answer date of February 28, 2001.

Dated: February 26, 2001

GARTNER, BENNETT & SCHUPP, P.C.

By ______________________

Heidi Schneider Reg. No. 205837
Suite 2200, One Financial Plaza
120 South 6th Street
Minneapolis, MN 55402-1824
(612) 333-3839

Attorneys for Plaintiff Vicki Lee Baker

Dated: February 26, 2001

**HINSHAW & CULBERTSON**

By _______________

Thomas K. Berg Reg. No. 7213
3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 333-3434

Daniel K. Ryan IL. Reg. No. 6196616
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
(312) 704-3000

Attorneys for Defendants HealthSystem Minnesota
And Life Insurance Company of North America