UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Vicki Lee Baker,

Plaintiff,

vs.

Healthsystem Minnesota and
Life Insurance Company of North America,

Defendants.

Civil No. 01-CIV-130 (ADM/AJB)

**STIPULATION AND ORDER FOR LEAVE TO AMEND COMPLAINT**

---

It is hereby stipulated by and between counsel for the plaintiff and counsel for the defendants that plaintiff may file within ten days of receipt of the court's Order, an amended complaint, a copy of which is attached hereto as Exhibit A.

It is further stipulated that defendants may have ten days following service of the amended complaint to serve and file their answer to the amended complaint.

It is further stipulated that defendant Healthsystem Minnesota hereby withdraws its Motion to Dismiss pursuant to Fed. R. Civ. P. 12 (b)(6).

FILED 5-3-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

GARTNER, BENNETT & SCHUPP, PC

By: ______________________
Robert Bennett, #6713
Heidi Schneider, #205837
Suite 2200, One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402-1824
(612) 333-3839
*Attorneys for Plaintiff*

HINSHAW & CULBERTSON

______________________
Thomas K. Berg #7213
Brian Lindberg #286874
3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 333-3434
*Attorneys for Defendants*

833/stip.amd

**ORDER**

Based on the foregoing Stipulation to Amend the Complaint,

IT IS HEREBY ORDERED that the plaintiff is permitted to serve and file her amended complaint, attached hereto as Exhibit A, within ten days of receipt of this Order.

IT IS FURTHER ORDERED that the defendants have ten days from the date of service of the amended complaint to serve and file their answer to the amended complaint.

IT IS FURTHER ORDERED that the motion to dismiss of Healthsystems Minnesota is deemed withdrawn.

Dated: May 2, 2001.

Ann Montgomery

Ann D. Montgomery
Judge of U.S. District Court

833/stip.amd