**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Vicki Lee Baker,

Plaintiff,

v.

Life Insurance Company of North America as the HealthSystem Minnesota Long Term Disability Plan,

Defendant.

Civil No. 01-130 ADM/AJB

**ORDER**

---

Heidi Schneider and Robert Bennett, GARTNER, BENNETT & SCHUPP, PC, Minneapolis, Minnesota, for Plaintiff.

Thomas K. Berg and Brian L. Lindberg, HINSHAW & CULBERTSON, Minneapolis, Minnesota, for Defendant.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan, dated October 31, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion is granted [Docket No. 18];
2. Defendant's motion is denied [Docket No. 13]; and
3. The merits of this case shall be reviewed *de novo*.

Dated: November 28, 2001

Ann D. Montgomery
United States District Judge

FILED NOV 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____